THE HONORABLE ROBERT S. LASNIK

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

**DEC 0 1 2003**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

___ FILED
___ LODGED   | MAIL |
___ RECEIVED

**NOV 2 8 2003**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, DEPARTMENT OF REVENUE,<br><br>Plaintiff,<br><br>v.<br><br>WWW.DIRTCHEAPCIG.COM, INC., a Missouri Corporation,<br><br>Defendant. | NO. CV02-2438L<br><br>JUDGMENT AND ORDER<br><br><br>02-CV-02438-ANS |

## JUDGMENT AND ORDER

THIS MATTER having come on before the above-entitled Court upon stipulation of counsel, the Court having examined the records and being fully advised in the matter, the Court Now Adjudges, Orders and Decrees that:

1. Dirtcheapcig.com will file with the State of Washington the information set forth in the Jenkins Act, 15 U.S.C. § 376, et seq., from January 1, 2001 and going forward prospectively, for any sale of cigarettes by Dirtcheapcig.com shipped by, or when such shipment is arranged by, Dirtcheapcig.com into the State of Washington.

JUDGMENT AND ORDER (NO. CV02-2438L) - 1
[40486-0001/SL033290.035]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

2. Dirtcheapcig.com shall file all Jenkins Act reports (back through January 1, 2001) referenced in 6(A) above by January 31, 2004. Dirtcheapcig.com shall file all current Jenkins Act reports on a monthly basis by the tenth day of each month, beginning January 2004.

3. The Department agrees as follows: As long as Dirtcheapcig.com fully complies with Jenkins Act, 15 U.S.C. § 376 and this agreement, the Department agrees not to pursue any legal action against Dirtcheapcig.com relating to the filing of Jenkins Act reports.

**IT IS SO ORDERED.**

Dated this 1st day of December, 2003.

_____
THE HONORABLE Robert S. Lasnik
United States District Court Judge

**Presented by:**

CHRISTINE O. GREGOIRE
Attorney General

_____
Debra E. Casparian, WSBA #26354
David M. Hankins, WSBA #19194
Assistant Attorneys General for Plaintiff

JUDGMENT AND ORDER (NO. CV02-2438L) - 2
[40486-0001/SL033290.035]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

1
2  **Approved as to Form;**
3  **Notice of Presentation Waived**
4
5
6  /s/ J.B. R____
7  _____
8  John Rogers, *pro hac vice*
9  Frederick Rivera, WSBA #23008
10 Attorneys for Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47

JUDGMENT AND ORDER (NO. CV02-2438L) - 3
[40486-0001/SL033290.035]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000